UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
ISAAC M. OSTROZYNSKI

                                                                                                                                            21 CV 3250 (ENV) (RML)

                              Plaintiff,

        -against-

ARS NATIONAL SERVICES, INC.

                              Defendant.

-------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to all parties.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:

  */s/ Eric N. Vitaliano*
_____
U.S.D.J.

*The clerk is directed to close the case.*